IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Jonathan A. Edwards, | ) | C/A No.   4:09-3215-JFA-TER |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | |
| Bob Olson, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On February 8, 2010, the undersigned dismissed this action, without prejudice, for

plaintiff's failure to bring his case into proper form.   The plaintiff then appealed that order

which the Fourth Circuit Court of Appeals dismissed on April 14, 2010 for the plaintiff's

failure to prosecute.

While his appeal was pending, the plaintiff filed a motion with this court requesting

additional time to comply with the Magistrate Judge's proper form order.  This court issued

an order on March 24, 2010 advising the plaintiff that before it would consider reopening the

case, the plaintiff must provide the court with a filed copy of his financial certificate,  proof

of service, and any documents the Magistrate Judge directed in his initial proper form order.

The plaintiff has been advised several times that his failure to comply with this court's

orders and bring this case into proper form could result in the dismissal of his action pursuant

to Rule 41 of the Federal Rules of Civil Procedure.  Having had no response from the

plaintiff in more than three weeks, it appears to the court that the plaintiff does not wish to

reopen this action.  Accordingly, the plaintiff's motion to reopen the case (doc. # 21) is denied.

IT IS SO ORDERED.

April 19, 2010                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                United States District Judge